**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:**

TRACY ANN ROWETT,

Plaintiff,

v.

WISH WASH 2 LLC,
KHAIRUNISSA MANDANI,
NURUDDIN MANDANI,

Defendants.
_______________________________________/

**COMPLAINT**
*{Jury Trial Demanded}*

Plaintiff, TRACY ANN ROWETT, brings this action against Defendants, WISH WASH 2 LLC, KHAIRUNISSA MANDANI, and NURUDDIN MANDANI, pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C § 201 et seq., and alleges as follows:

1. Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

2. At all times material hereto, Plaintiff TRACY ANN ROWETT was a resident of the State of Florida and an "employee" of Defendants as defined by the FLSA.

3. At all times material hereto, Defendant, WISH WASH 2 LLC, was a Florida corporation operating a car wash in Palm Beach County, Florida, engaged in commerce in the field of car washing services, at all times material hereto was the "employer" of Plaintiff as that term is defined under statutes referenced herein, engaged along with its employees in interstate commerce, and has annual gross sales and/or business volume of $500,000 or more.

4. Defendant, WISH WASH 2 LLC, the Florida corporation Wish Wash LLC, and the Georgia corporations Wish Wash 3 LLC and Wish Wash 5 LLC, are a single enterprise under the Fair Labor

Standards Act, perform related activities through unified operation and common control for a common business purpose, engage along with their employees in interstate commerce, and have an annual gross sales and/or business volume of $500,000 or more.

5. Defendant, WISH WASH 2 LLC, sells products that originated outside Florida.

6. Defendant, KHAIRUNISSA MANDANI, is a resident of Pinellas County, Florida and was, and now is, the manager, owner, and corporate officer of Defendant, WISH WASH 2 LLC; said Defendant acted and acts directly in the interests of Defendant, WISH WASH 2 LLC, in relation to said co-Defendant's employees. Defendant effectively dominates WISH WASH 2 LLC administratively and otherwise acts, or has the power to act, on behalf of the corporation vis-a-vis its employees and had the authority to direct and control the work of others. Thus, KHAIRUNISSA MANDANI was and is an "employer" of the Plaintiff within the meaning of 29 U.S.C. §203(d).

7. Defendant, NURUDDIN MANDANI, is a resident of Pinellas County, Florida and was, and now is, the manager, owner, and corporate officer of Defendant, WISH WASH 2 LLC; said Defendant acted and acts directly in the interests of Defendant, WISH WASH 2 LLC, in relation to said co-Defendant's employees. Defendant effectively dominates WISH WASH 2 LLC administratively and otherwise acts, or has the power to act, on behalf of the corporation vis-a-vis its employees and had the authority to direct and control the work of others. Thus, NURUDDIN MANDANI was and is an "employer" of the Plaintiff within the meaning of 29 U.S.C. §203(d).

8. Defendant, KHAIRUNISSA MANDANI, controlled Plaintiff's pay.

9. Defendant, NURUDDIN MANDANI, controlled Plaintiff's pay.

10. Plaintiff was employed by Defendants as a car washer.

11. Defendants failed to pay Plaintiff for all the hours that she worked.

12. Defendants failed to pay Plaintiff the full and proper minimum wages for all hours that she worked.

13. Defendants failed to pay Plaintiff the full and proper overtime wages of 1.5 times the minimum wage rate and/or Plaintiff's regular hourly rate for all hours worked over 40 each week.

14. Plaintiff has attached a statement of claim as Exhibit A to provide a preliminary estimate of her damages. These amounts may change as Plaintiff engages in the discovery process.

15. Defendants have knowingly and willfully refused to pay Plaintiff her legally-entitled wages.

16. Plaintiff has complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

17. Plaintiff has retained the services of the undersigned and is obligated to pay for the legal services provided.

**COUNT I**
**VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")**
**ALL DEFENDANTS**

18. Plaintiff realleges and incorporates the allegations set forth in paragraphs 1-17 above as if set forth herein in full.

19. Plaintiff alleges this action pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 216 (b), that Plaintiff is entitled to: (i) unpaid minimum wages; (ii) time-and-a-half overtime pay, and (iii) liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

20. Plaintiff seeks recovery of damages as referenced above and further seeks interest, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, plus costs, reasonable attorneys' fees, and such other remedy as the court deems just and appropriate.

Respectfully submitted,

Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: (786) 924-9929
Fax: (786) 358-6071
Email: ekoz@kozlawfirm.com

Elliot Kozolchyk, Esquire
Bar No.: 74791