UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil No. 16-81904-CIV-Marra/Matthewman

TRACY ANN ROWETT and
SUSAN JENNIFER WILKENS,

      Plaintiffs,

vs.

WISH WASH 2 LLC, et al.,

      Defendants.

_____/



FILED BY _____ D.C.

JAN 0 3 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER SETTING HEARING

**THIS CAUSE** is before the Court upon Defendants, Wish Wash 2 LLC, Khairunissa

Mandani, and Nuruddin Mandani's ("Defendants") Second Motion to Compel ("Motion") [DE

41]. This matter was referred to the undersigned upon an Order referring all discovery matters to

the undersigned for appropriate disposition. *See* DE 16.

After careful review of Motion and because the parties are unable to resolve this matter

without Court intervention, it is hereby **ORDERED** that a hearing on the Motion [DE 41] shall be

held as follows:

> DATE:        Tuesday, January 9, 2018
> TIME:        2:00 P.M.
> PLACE:     United States District Court
>                 701 Clematis Street
>                 West Palm Beach, Florida
>                 Courtroom:  *to be determined*;

Counsel for the parties shall appear in person at the hearing.

1

**DONE and ORDERED** in Chambers this 3rd day of January, 2018, at West Palm Beach,

Palm Beach County in the Southern District of Florida.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE