## INVOICE

**Invoice #2016038584**
**4/20/2018**

**PRIORITY ONE PROCESS SERVICE**

Original Date: 1/5/2017



Elliot Kozolchyk, Esq.
KOZ LAW PA
320 S.E. 9th Street
Ft. Lauderdale, FL 33316

**Send Payments To:**
**Priority One Process Service, Inc.**
**5893 Sunset Drive**
**South Miami, FL 33143**
**Phone: (305) 669-1518**
**Fax: (305) 669-1520**
**F.E.I.N.# 20-5686386**

Reference Number: ROWETT

**Case Number: SOUTHERN 16-CV-81904 MARRA**

Plaintiff:
**TRACY ANN ROWETT**

Defendant:
**WISH WASH 2 LLC., ET AL.,**

Received: 11/28/2016   Served: 12/14/2016 8:00 pm   CORPORATE OFFICER
To be served on: WISH WASH 2 LLC., C/O KHAIRUNISSA MANDANI, REGISTERED AGENT

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee Statewide | 1.00 | 86.00 | 86.00 |
| TOTAL CHARGED: | | | $86.00 |
| 12/07/2016   Check #04145B   Pre-Payment | | | 86.00 |
| **BALANCE DUE:** | | | **$0.00** |

**Thank you for your business!**

PAYMENT IS DUE UPON RECEIPT OF INVOICE. LATE FEES OF $5.00 PER INVOICE PER MONTH ARE APPLIED TO ALL INVOICES AFTER 30 DAYS OLD.

WE ACCEPT ALL MAJOR CREDIT CARDS.

## **INVOICE**

**Invoice #2016038585**
**4/20/2018**

**Original Date: 1/5/2017**



**Send Payments To:**
**Priority One Process Service, Inc.**
**5893 Sunset Drive**
**South Miami, FL 33143**
**Phone: (305) 669-1518**
**Fax: (305) 669-1520**
**F.E.I.N.# 20-5686386**

Elliot Kozolchyk, Esq.
KOZ LAW PA
320 S.E. 9th Street
Ft. Lauderdale, FL 33316

Reference Number: ROWETT

**Case Number: SOUTHERN 16-CV-81904 MARRA**

Plaintiff:
**TRACY ANN ROWETT**

Defendant:
**WISH WASH 2 LLC., ET AL.,**

Received: 11/28/2016   Served: 12/14/2016 8:00 pm   SUBSTITUTE RESIDENTIAL
To be served on: KHAIRUNISSA MANDANI

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee Statewide | 1.00 | 86.00 | 86.00 |
| **TOTAL CHARGED:** | | | **$86.00** |
| 12/07/2016   Check #04145B   Pre-Payment | | | 86.00 |
| **BALANCE DUE:** | | | **$0.00** |

**Thank you for your business!**

PAYMENT IS DUE UPON RECEIPT OF INVOICE. LATE FEES OF $5.00 PER INVOICE PER MONTH ARE APPLIED TO ALL INVOICES AFTER 30 DAYS OLD.

WE ACCEPT ALL MAJOR CREDIT CARDS.

## INVOICE

**Invoice #2016038586**
**4/20/2018**

**Original Date: 1/5/2017**



Elliot Kozolchyk, Esq.
KOZ LAW PA
320 S.E. 9th Street
Ft. Lauderdale, FL 33316

Reference Number: ROWETT

**Send Payments To:**
**Priority One Process Service, Inc.**
**5893 Sunset Drive**
**South Miami, FL 33143**
**Phone: (305) 669-1518**
**Fax: (305) 669-1520**
**F.E.I.N.# 20-5686386**

**Case Number: SOUTHERN 16-CV-81904 MARRA**

Plaintiff:
**TRACY ANN ROWETT**

Defendant:
**WISH WASH 2 LLC., ET AL.,**

Received: 11/28/2016   Served: 12/14/2016 8:00 pm   INDIVIDUAL
To be served on: NURUDDIN MANDANI

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee Statewide | 1.00 | 86.00 | 86.00 |
| TOTAL CHARGED: | | | $86.00 |
| 12/07/2016   Check #04145B   Pre-Payment | | | 86.00 |
| **BALANCE DUE:** | | | **$0.00** |

**Thank you for your business!**

PAYMENT IS DUE UPON RECEIPT OF INVOICE. LATE FEES OF $5.00 PER INVOICE PER MONTH ARE APPLIED TO ALL INVOICES AFTER 30 DAYS OLD.

WE ACCEPT ALL MAJOR CREDIT CARDS.



**INVOICE**

**Invoice #2018043006**
5/16/2018

**Original Date:** 5/12/2018

**Send Payments To:**
**Priority One Process Service, Inc.**
**5893 Sunset Drive**
**South Miami, FL 33143**
**Phone: (305) 669-1518**
**Fax: (305) 669-1520**
**F.E.I.N.# 20-5686386**

Elliot Kozolchyk, Esq.
KOZ LAW PA
320 S.E. 9th Street
Ft. Lauderdale, FL 33316

Reference Number: ROWETT

**Case Number: SOUTHERN 16-CV-81904 MARRA**

Plaintiff:
**TRACY ANN ROWETT**

Defendant:
**WISH WASH 2 LLC., ET AL.,**

Received: 4/17/2018   Served: 4/21/2018 9:15 am   INDIVIDUAL
To be served on: MILTONEISHA JOHNSON

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Expedited Service Fee Palm Beach | 1.00 | 122.00 | 122.00 |
| Witness Fee Check (Advanced) | 1.00 | 63.98 | 63.98 |
| Issuing Check Fee (Advanced) | 1.00 | 3.00 | 3.00 |
| TOTAL CHARGED: | | | $188.98 |
| Check #07521Z   payment received | | | 188.98 |
| **BALANCE DUE:** | | | **$0.00** |

**Thank you for your business!**

PAYMENT IS DUE UPON RECEIPT OF INVOICE. LATE FEES OF $5.00 PER INVOICE PER MONTH ARE APPLIED TO ALL INVOICES AFTER 30 DAYS OLD.

WE ACCEPT ALL MAJOR CREDIT CARDS.



**INVOICE**

Invoice #2018043008
6/2/2018



Elliot Kozolchyk, Esq.
KOZ LAW PA
320 S.E. 9th Street
Ft. Lauderdale, FL 33316

**Send Payments To:**
**Priority One Process Service, Inc.**
**5893 Sunset Drive**
**South Miami, FL 33143**
**Phone: (305) 669-1518**
**Fax: (305) 669-1520**
**F.E.I.N.# 20-5686386**

Reference Number: ROWETT

**Case Number: SOUTHERN 16-CV-81904 MARRA**

Plaintiff:
**TRACY ANN ROWETT**

Defendant:
**WISH WASH 2 LLC., ET AL.,**

Received: 4/17/2018   Served: 4/19/2018 12:30 pm   DESIGNATED RECORDS CUSTODIAN
To be served on: MARTIN CORRECTIONAL INSTITUTE RECORDS CUSTODIAN

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Expedited Service Fee Statewide | 1.00 | 156.00 | 156.00 |
| Witness Fee Check (Advanced) | 1.00 | 63.98 | 63.98 |
| Issuing Check Fee (Advanced) | 1.00 | 3.00 | 3.00 |
| TOTAL CHARGED: | | | $222.98 |
| 05/18/2018   Check #05039Z   Pre-Payment | | | 222.98 |
| **BALANCE DUE:** | | | **$0.00** |

**Thank you for your business!**

PAYMENT IS DUE UPON RECEIPT OF INVOICE. LATE FEES OF $5.00 PER INVOICE PER MONTH ARE APPLIED TO ALL INVOICES AFTER 30 DAYS OLD.

WE ACCEPT ALL MAJOR CREDIT CARDS.

# I N V O I C E

**UNITED REPORTING, INC.**
Court Reporting Services
1218 S.E. 3rd Avenue, Ft. Lauderdale, Fl 33316
(954) 525-2221   Fax: (954) 525-0511
www.unitedreporting.net

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 220818*** | 3/26/2018 | 273770 |
| **Job Date** | **Case No.** | |
| 12/13/2017 | 16-cv-81904 | |
| **Case Name** | | |
| Rowett, Tracy Ann vs. Wish Wash 2, LLC & Mandani, Khairunissa & Nuruddin | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Elliot Kozolchyck, Esq.
Koz Law, P.A.
320 SE 9th Street
Fort Lauderdale FL  33316

**Deposition Of:**

| | | | | |
|---|---|---|---|---|
| Susan Wilkens. | | 66.00 | Pages | 237.60 |
| Exhibits | | 30.00 | Pages | 15.00 |
| Mini Transcript | | | | 20.00 |
| Word Index | | 7.00 | Pages | 25.20 |
| Shipping & Handling | | | | 25.00 |
| E-mailed | | | | 0.00 |
| | | | **TOTAL DUE  >>>** | **$322.80** |

**TRANSCRIPT IS HOLDING FOR PAYMENT**

One Certified Copy
NR|Cameron

Payment is not contingent upon client reimbursement.
Past due accounts accrue 1.5% monthly, all collection costs and attorney's fees.

**Tax ID:** 55-0793657                                                                         Phone: 786-924-9929    Fax:786-358-6071

*Please detach bottom portion and return with payment.*

Elliot Kozolchyck, Esq.
Koz Law, P.A.
320 SE 9th Street
Fort Lauderdale FL  33316

| | | | | |
|---|---|---|---|---|
| Job No. | : 273770 | | BU ID | : UR |
| Case No. | : 16-cv-81904 | | | |
| Case Name | : Rowett, Tracy Ann vs. Wish Wash 2, LLC & Mandani, Khairunissa & Nuruddin | | | |
| Invoice No. | : 220818*** | | Invoice Date | : 3/26/2018 |
| **Total Due** | **: $322.80** | | | |

**Remit To:**   **United Reporting, Inc.**
**1218 Southeast 3rd Avenue**
**Fort Lauderdale, FL 33316**
**Fax payment information to: 754-263-5905**

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA
Cardholder's Name:
Card Number:
Exp. Date:                                Phone#:
Billing Address:
Zip:                              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# I N V O I C E

**UNITED REPORTING, INC.**
Court Reporting Services
1218 S.E. 3rd Avenue, Ft. Lauderdale, Fl 33316
(954) 525-2221   Fax: (954) 525-0511
www.unitedreporting.net

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 220824*** | 3/26/2018 | 273769 |
| **Job Date** | **Case No.** | |
| 12/12/2017 | 16-cv-81904 | |
| **Case Name** | | |
| Rowett, Tracy Ann vs. Wish Wash 2, LLC & Mandani, Khairunissa & Nuruddin | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Elliot Kozolchyck, Esq.
Koz Law, P.A.
320 SE 9th Street
Fort Lauderdale FL  33316

---

**Deposition Of:**

| | | | |
|---|---|---|---|
| Tracy Ann Rowett. | 96.00 | Pages | 345.60 |
| Mini Transcript | | | 20.00 |
| Exhibits | 37.00 | Pages | 18.50 |
| Word Index | 10.00 | Pages | 36.00 |
| Shipping & Handling | | | 25.00 |
| E-mailed | | | 0.00 |
| | | **TOTAL DUE  >>>** | **$445.10** |

**\*\*TRANSCRIPT IS HOLDING FOR PAYMENT\*\***

One Certified Copy
NR|Durando

Payment is not contingent upon client reimbursement.
Past due accounts accrue 1.5% monthly, all collection costs and attorney's fees.

---

**Tax ID:** 55-0793657                                                                                  Phone: 786-924-9929    Fax:786-358-6071

*Please detach bottom portion and return with payment.*

Elliot Kozolchyck, Esq.
Koz Law, P.A.
320 SE 9th Street
Fort Lauderdale FL  33316

| | | | | |
|---|---|---|---|---|
| Job No. | : | 273769 | BU ID | : UR |
| Case No. | : | 16-cv-81904 | | |
| Case Name | : | Rowett, Tracy Ann vs. Wish Wash 2, LLC & Mandani, Khairunissa & Nuruddin | | |
| Invoice No. | : | 220824*** | Invoice Date | : 3/26/2018 |
| **Total Due** | : | **$445.10** | | |

**Remit To:**   **United Reporting, Inc.**
                **1218 Southeast 3rd Avenue**
                **Fort Lauderdale, FL 33316**
                **Fax payment information to: 754-263-5905**

**PAYMENT WITH CREDIT CARD**           AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                              Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# I N V O I C E

**UNIVERSAL COURT REPORTING**
888 EAST LAS OLAS BOULEVARD, SUITE 508
FORT LAUDERDALE, FL 33301

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 20279147 | 1/2/2018 | 326331 |
| **Job Date** | **Case No.** | |
| 12/18/2017 | 16-CV-81904 | |
| **Case Name** | | |
| Tracy Ann Rowett v. Wish Wash 2, LLC | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Elliot Kozolchyk, Esq.
Koz Law, P.A.
320 S.E. 9th St
Fort Lauderdale, FL  33316

| Description | Qty | Unit | @ | Rate | Amount |
|---|---|---|---|---|---|
| Original Transcript of the Deposition of: | | | | | |
| Khairunissa Mandani- | 41.00 | Pages | @ | 3.85 | 157.85 |
| Appearance Fee: First Hour | | | | 0.00 | 0.00 |
| Appearance Fee: Each Additional Hour | 3.00 | Hours | @ | 0.00 | 0.00 |
| Mini transcript | | | | 20.00 | 20.00 |
| E-tran | | | | 0.00 | 0.00 |
| Processing/Archival/Delivery (O&1) | | | | 25.00 | 25.00 |
| Original Transcript of the Deposition of: | | | | | |
| Nurruddin Mandani- | 100.00 | Pages | @ | 3.85 | 385.00 |
| E-tran | | | | 0.00 | 0.00 |
| B & W Exhibit copies | 2.00 | Pages | @ | 0.60 | 1.20 |
| Litigation Support Package (Data CD and Mini Transcript) | | | | 35.00 | 35.00 |
| **TOTAL DUE  >>>** | | | | | **$624.05** |

The entity shown on this invoice is responsible for payment of the TOTAL DUE shown above, not the entity's client.  Any amounts not paid within 30 days of the Invoice Date will be considered PAST DUE and a LATE CHARGE may be added to your bill at a rate of 1.5% percent per month.

10:00-1:38

**Tax ID:** 26-3522685

*Please detach bottom portion and return with payment.*

Elliot Kozolchyk, Esq.
Koz Law, P.A.
320 S.E. 9th St
Fort Lauderdale, FL  33316

| | | |
|---|---|---|
| Invoice No. | : | 20279147 |
| Invoice Date | : | 1/2/2018 |
| **Total Due** | : | **$624.05** |

Remit To: **Universal Court Reporting, Inc.**
**Phone: 954-712-2600**
**Fax: 954-779-2800**
**888 E. Las Olas Blvd. Suite 508**
**Fort Lauderdale, FL  33301**

| | | |
|---|---|---|
| Job No. | : | 326331 |
| BU ID | : | Digi Brwrd |
| Case No. | : | 16-CV-81904 |
| Case Name | : | Tracy Ann Rowett v. Wish Wash 2, LLC |

**Printing/Copying Costs**
**Rowett v. Wish Wash 2 LLC et al**
**Case No. 16-cv-81904-Marra/Matthewman**

| DESCRIPTION | PAGES | UNIT COST | TOTAL |
|---|---|---|---|
| Plaintiff's Trial Exhibits - copy for Plaintiffs' counsel | 1,203 | $ 0.12 | $ 144.36 |
| Plaintiff's Trial Exhibits - copy for Defendants' counsel | 1,203 | $ 0.12 | $ 144.36 |
| Plaintiff's Trial Exhibits - copy for Court | 1,203 | $ 0.12 | $ 144.36 |
| Plaintiff's Trial Exhibits - copy for Witnesses | 1,203 | $ 0.12 | $ 144.36 |
| Pretrial Stipulation [DE 50] | 7 | $ 0.12 | $ 0.84 |
| Deposition Transcript of Defendant Khairunissa Mandani | 41 | $ 0.12 | $ 4.92 |
| Deposition Transcript of Defendant Nuruddin Mandani | 100 | $ 0.12 | $ 12.00 |
| Deposition Transcript of Plaintiff Tracy Ann Rowett | 106 | $ 0.12 | $ 12.72 |
| Deposition Transcript of Plaintiff Susan Wilkens | 73 | $ 0.12 | $ 8.76 |
| **Total Pages** | **5,139** | **Total** | **$ 616.68** |